# United States District Court
### central district of illinois

# AMENDED JUDGMENT IN A CIVIL CASE

**Thomas William Smith, Jr.**

vs.

Case Number: **07-1335**

**Richard S. Birkey; Richard Heitz; Bruce R Fisher; Charlotte L Gordon; Edward Huggens; Donald A Hulick; and Austin J. Randolph, Jr.**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the defendants and against the plaintiff pursuant to Fed. R. Civ. P. 56(b). The parties are to bear their own costs.

ENTER this 2nd day of November, 2009

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY: DEPUTY CLERK